**CAROLINE GOLDNER CINQUANTO**
ATTORNEY AT LAW

123 S. BROAD, SUITE 2500
PHILADELPHIA, PA 19109
**AMY MONTEMARANO**   (215) 735-1600 - FAX (215) 261-6056
OF COUNSEL                    carrie@cgclegal.com

July 28, 2020

The Honorable Joel Schneider, U.S.M.J.
United States District Court of New Jersey
4th and Cooper Street
Camden, NJ 08101

**Re:** *United States v. Ahmmed Bamidele Ponle, 20-mj-2083(JS)*

Dear Judge Schneider,

    Ahmmed B. Ponle stipulates to detention pending trial in the above captioned matter.

    Thank you in advance for your consideration of this matter.

                                               Respectfully,

                                               Caroline Goldner Cinquanto

cc:  AUSA Patrick Askin (via email)
      Pretrial Officer Adrienne Smith (via email)
      Courtroom Deputy Sarah Eckert (via email)