UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Ann Marie Donio |
| v. | : Mag. No. 20-2083 (AMD) |
| AHMMED BAMIDELE PONLE | : ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Rachael A. Honig, Acting United States Attorney for the District of New Jersey (Patrick C. Askin, Assistant U.S. Attorney, appearing), and defendant AHMMED BAMIDELE PONLE (by and through his attorney, Caroline Cinquanto, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date of this order through February 28, 2022 to allow additional time to have this matter assigned to a District Judge so that a plea hearing may be scheduled, and the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of arrest pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The defendant is represented by Caroline Cinquanto, Esq.

(2) This case involves a bank fraud conspiracy wherein the government alleges that the defendant and multiple co-conspirators conspired to defraud over one dozen banks through the creation of hundreds of fraudulent accounts opened with fraudulent identification documents and that thousands of transactions processed in these fraudulent accounts

resulted in a total loss of approximately $6,000,000. The discovery is voluminous.

(3)  The parties have informed the Court that the defendant and his counsel have signed a plea agreement and the defendant is willing to waive indictment and enter a guilty plea to an Information to be filed by the government, and the parties would like additional time to have this matter assigned to a District Judge and for a plea hearing to be scheduled for the entry of the defendant's guilty plea.

(5)  The defendant, through counsel, consents to this continuance and to the exclusion of time under the Speedy Trial Act.

(6)  Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this __22nd__ day of December 2021,

ORDERED that this action be, and hereby is, continued from the date of this order through February 28, 2022; and it is further

ORDERED that the period from the date of this order through February 28, 2022 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. ANN MARIE DONIO
United States Magistrate Judge

/s/ Patrick C. Askin
_____
PATRICK C. ASKIN, AUSA

_____
CAROLINE CINQUANTO, ESQ.
Counsel for defendant

December 13, 2021
_____
DATE